UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROSE EXPOSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STACY P. SPEILLER, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-01035-TLN-KJN<br><br>**ORDER** |

The Ninth Circuit Court of Appeals referred the instant matter to this Court for the limited purpose of determining whether in forma pauperis ("IFP") status should continue for Plaintiff Linda Rose Expose's ("Plaintiff") appeal of the dismissal of her claims or whether the appeal is frivolous or taken in bad faith. (ECF No. 11 at 1.) As discussed at length in the magistrate judge's findings and recommendations (ECF No. 3 at 3–5), which this Court adopted in full (ECF No. 6), Plaintiff's claims are "wholly-insubstantial and frivolous." (ECF No. 3 at 3.) The Court also noted Plaintiff's "recent conduct in filing multiple, duplicative, and frivolous claims is fast approaching vexatiousness." (*Id.* at 5.)

For all these reasons, the Court finds Plaintiff's appeal is not taken in good faith and therefore REVOKES Plaintiff's IFP status for the purpose of her pending appeal. *See* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing

1

that it is not taken in good faith."). The Clerk of Court is directed to serve a copy of this Order on the Ninth Circuit for Case No. 21-16332.

       IT IS SO ORDERED.

Dated: August 20, 2021

                               Troy L. Nunley
                               United States District Judge